UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60198-CIV-ZLOCH

EDUARDO MATIAS, on his own
behalf and others
similarly situated,

      Plaintiff,

vs.

NEW RIVER PIZZA, INC., a
Florida corporation, et al.,

      Defendants.
_____/

**ORDER ON
FAIR LABOR STANDARDS ACT
SETTLEMENT INSTRUCTIONS**

    THIS MATTER is before the Court sua sponte.  The Court notes that the above-styled cause asserts claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and hereby enters settlement instructions to counsel of record.  This Order is necessitated both by the Court's observations in applying <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) and hope that this Order will inform the lawyers what will be expected of them should they resolve the above-styled cause by settlement.

    Accordingly, it is

    **ORDERED AND ADJUDGED** that if a settlement is reached in this case, counsel shall promptly notify the Court of the settlement by the filing of a notice of settlement signed by counsel of record.  Counsel shall also attach to said notice a copy of the settlement agreement which shall set forth the terms of the settlement, including, but not limited to, the amount of wages or overtime, the

amount of liquidated damages and attorneys fees, if any. The parties shall also set forth the amount that Plaintiff would have recovered had Plaintiff been 100% successful on the claims set forth in the Complaint. Further, if attorney's fees and costs are part of the settlement agreement, counsel for Plaintiff shall indicate whether the amount recovered in attorney's fees and costs satisfies Plaintiff's indebtedness to the firm providing representation in this case and if not, the amount of the outstanding balance. Finally, the parties shall state whether there was undue influence, overreaching, collusion or intimidation in reaching the settlement agreement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of March, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies Furnished:
All Counsel of Record