UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60198-CIV-ZLOCH

EDUARDO MATIAS,

    Plaintiff,

vs.                                                          **FINAL JUDGMENT**

NEW RIVER PIZZA, Inc. et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Parties' Joint Stipulation Of Settlement (DE 24), which the Court construes as Joint Motion For Entry Of Consent Judgment. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court has scrutinized the terms of the Parties settlement for fairness, and finds that it is in accord with the requirements set out in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Parties' Joint Stipulation Of Settlement (DE 24), which the Court construes as Joint Motion For Entry Of Consent Judgment be and the same is hereby **GRANTED**;

    2. That Plaintiff Eduardo Matias does have and recover from Defendants New River Pizza, Inc. and John Wilcox, jointly and severally, $19,500.00, together with interest thereon from the

entry of this judgment at a rate of 2.46%, for all of which let execution issue;

3. The Clerk of this Court is **DIRECTED** to close the above-styled cause; and

4. To the extent not already disposed of herein, all pending Motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of July, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2